IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–02422–PAB–KMT

DELMART E.J.M VREELAND, II,

    Plaintiff,

v.

THOMAS C. FISHER, MD,
KAREN A. JOHNSON, MD,
DEA ARAGON,
JOAN M. SHOEMAKER,
HEART OF THE ROCKIES REGIONAL MEDICAL CENTER,
ROGER WERHOLTZ,
THE DOUGLAS COUNTY SHERIFF, MR. WEAVER,
KARI BARONI, CDOC/BVCF, H.S.A., and
MICHAEL FRENCH,

    Defendant.

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Verify Service of Complaint Upon Defendants and Motion for Order Directing All Defendants to Answer Complaint" (Doc. No. 21, filed November 26, 2013) is GRANTED in part and DENIED in part.

Defendants Rick Raemisch and Kerry Baroni have waived service. (Doc. No. 11.) The United States Marshals Service served Defendant Shoemaker (Doc. No. 23) and is in the process of serving Defendant Fisher (Doc. No. 12).

The United States Marshals Service has not served Defendants Aragon, French, Johnson, Weaver or Heart of the Rockies Regional Medical Center. (Doc. Nos. 15–19.) The court recognizes that Plaintiff has not moved to proceed under 28 U.S.C. § 1915. However, the United States Marshals Service is directed to effect service of process on Defendants Aragon, French, Johnson, Weaver or Heart of the Rockies Regional Medical Center.

Plaintiff's motion to require the defendants to answer the Complaint or to require all defendants to answer on a common date is DENIED. The defendants may answer or otherwise respond to the Complaint in accordance with Fed. R. Civ. P. 12.

Dated: December 2, 2013