IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–02422–PAB–KMT

DELMART E.J.M VREELAND, II,

    Plaintiff,

v.

THOMAS C. FISHER, MD,
KAREN A. JOHNSON, MD,
DEA ARAGON,
JOAN M. SHOEMAKER,
HEART OF THE ROCKIES REGIONAL MEDICAL CENTER,
RICHARD RAEMISCH,
THE DOUGLAS COUNTY SHERIFF, MR. WEAVER,
KARI BARONI, CDOC/BVCF, H.S.A., and
MICHAEL FRENCH,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Strike Defendant Karen A Johnson, M.D.'s Motion to Dismiss, for Lack of Proper Service Upon Plaintiff and Motion for Entry of Default Judgment and or Sanctions Against Defendant Karen A. Johnson, M.D., and or Her Counsel" (Doc. No. 79, filed March 31, 2014) is DENIED. In his motion for extension of time to respond to Defendant Johnson's Motion to Dismiss, Plaintiff did not mention that he had only received one page of the motion. (*See* Doc. No. 50.) Moreover, it appears that the defendant properly served Plaintiff with the motion. (*See* Doc. No. 85 & attachs.) There is no basis to strike the Motion to Dismiss or to grant Plaintiff's motion for default judgment and/or sanctions.

Because it is unclear whether Plaintiff has a complete copy of the Motion to Dismiss, the Clerk of Court shall send Plaintiff a copy of Defendant Johnson's Motion to Dismiss (Doc. No. 43). Plaintiff may respond to Defendant Johnson's Motion to Dismiss on or before May 1, 2014. No further extensions of time to respond to this motion will be granted.

Dated: April 7, 2014