IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02422-PAB-KMT

DELMART E.J.M. VREELAND, II,

    **Plaintiff**,

v.

THOMAS C. FISHER, M.D.,

    **Defendant**.

_____

**ORDER GRANTING DEFENDANT THOMAS C. FISHER, M.D.'S
UNOPPOSED MOTION FOR LEAVE TO TAKE THE DEPOSITION OF PLAINTIFF**
_____

    The Court, having reviewed Defendant Thomas C. Fisher, M.D.'s *Unopposed* Motion for Leave to take the Deposition of Plaintiff (Doc. No. 182), and any responses and replies thereto, and being fully advised in the premises, finds good cause to GRANT the Motion.

    IT IS HEREBY ORDERED that the Defendant is herein permitted to take the deposition of Plaintiff Delmart E.J.M. Vreeland, II, who is currently incarcerated at the Colorado Territorial Correctional Facility in Cañon City, Colorado on **Tuesday, April 28, 2015, beginning at 9:30 a.m.**

    Dated this 6th day of April, 2015.

BY THE COURT:

*Kathleen M. Tafoya*
Kathleen M. Tafoya
United States Magistrate Judge