IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–02422–PAB–KMT

DELMART E.J.M VREELAND, II,

    Plaintiff,

v.

THOMAS C. FISHER, MD,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Miscellaneous Court Orders and to Address These Issues on the May 22nd, 2015 , During a Scheduled Hearing " (Doc. No. 207, filed May 18, 2015) is **DENIED**.

In his motion, Plaintiff complains that the Colorado Department of Corrections ("CDOC") is preventing him from seeing either a CDOC or a private medical doctor. Plaintiff also complains that the CDOC is impeding his ability to supplement his discovery responses and that it seized his electronic files for his cases in this court.

Plaintiff previously has been advised that the court will not interfere in the day-to-day activities of prison administration. (Doc. No. 181.)  Plaintiff also was advised that the CDOC is not a defendant in this action.  (*Id.*)  The court is unable to provide the injunctive relief Plaintiff seeks in his motion against a nonparty.  Finally,  a court hearing to hear arguments on motions in a case is not a license for any party to air miscellaneous grievances against a nonparty simply to make a record.  To do so would be a waste of judicial resources.

Dated: May 20, 2015