IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02422-PAB-KMT

DELMART E.J.M. VREELAND, II,

    Plaintiff,

v.

THOMAS C. FISHER, M.D.,

    Defendant.

_____

**ORDER GRANTING DEFENDANT THOMAS C. FISHER, M.D.'S
MOTION FOR LEAVE FOR THE PARTIES TO TAKE DEPOSITIONS**
_____

    The Court, having reviewed Defendant Thomas C. Fisher, M.D.'s Motion for Leave for the parties to take Depositions (Doc. No. 215), and any responses and replies thereto, and being fully advised in the premises, finds good cause to grant the Motion.

    IT IS HEREBY

    ORDERED that the Defendant Dr. Fisher is herein permitted to take the deposition of Plaintiff Delmart E.J.M. Vreeland, II, who is currently incarcerated at the Colorado Territorial Correctional Facility in Cañon City, Colorado on **Tuesday, July 7, 2015, beginning at 9:30 a.m.**

    IT IS FURTHER

ORDERED that the Plaintiff is herein permitted to take the deposition of Defendant Thomas C. Fisher, M.D. at the Colorado Territorial Correctional Facility in Cañon City, Colorado on **Monday, July 6, 2015**.

Dated this 27th day of May, 2015.

BY THE COURT:

_____
Kathleen M. Tafoya
United States Magistrate Judge