## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kathleen M. Tafoya

| | | | |
|---|---|---|---|
| Civil Action No: | 13-cv-02422-PAB-KMT | Date: | May 22, 2014 |
| Courtroom Deputy: | Brandy Simmons | FTR: | Courtroom C-201 |

*Parties:*                                                                 *Counsel:*

DELMART E.J.M. VREELAND II,                           Pro Se

  Plaintiff,

v.

THOMAS C. FISHER,                                              Jennifer White

  Defendant.

## COURTROOM MINUTES

**MOTIONS HEARING**

**1:02 p.m.     Court in session.**

Court calls case. Appearances of counsel. Mr. Vreeland appears *pro se* by telephone.

Discussion regarding Plaintiff's Motion to Strike Defendant's May 4th, 2015 Responses with Motion for Sanctions for Non-Service of Pleadings Upon Plaintiff #[212].

**ORDERED:** Motion to Strike Defendant's May 4th, 2015 Responses with Motion for Sanctions for Non-Service of Pleadings Upon Plaintiff #[212] is DENIED.

Discussion regarding Plaintiff's Motion to Voluntarily Withdraw and/or Dismiss Without Prejudice Claim Number Two of Plaintiff's Proposed Amended Complaint #[200].

**ORDERED:** Motion to Voluntarily Withdraw and/or Dismiss Without Prejudice Claim Number Two of Plaintiff's Proposed Amended Complaint #[200] is WITHDRAWN. The existing deadlines for the Motion for Leave to Amend and to Supplement Complaint #[184] remain.

Discussion and argument regarding Plaintiff's Motion for Protective Order to Delay Deposition of Plaintiff Until Notice of Deposition is Properly Served, and Until Motions to Compel Discovery and Disclosure, and to Limit Examination of Plaintiff are all Resolved by the Court #[195], and Plaintiff's Motion to Limit Scope of Examination of Plaintiff During Defendant's Deposition of Plaintiff #[196].

**ORDERED:** Motion for Protective Order to Delay Deposition of Plaintiff Until Notice of Deposition is Properly Served, and Until Motions to Compel Discovery and Disclosure, and to Limit Examination of Plaintiff are all Resolved by the Court #[195] is DENIED AS MOOT.

**ORDERED:** Plaintiff's Motion to Limit Scope of Examination of Plaintiff During Defendant's Deposition of Plaintiff #[196] is GRANTED in PART and DENIED in PART. The depositions shall occur on July 6th and July $7^{th,}$ 2015.

Discussion and argument regarding Motion for an Order Compelling Disclosure and Discovery Motion for Sanction Against Defendant and Defense Counsel #[197].

**ORDERED:** Motion for an Order Compelling Disclosure and Discovery Motion for Sanction Against Defendant and Defense Counsel #[197] is GRANTED in PART and DENIED in PART.

**3:12 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time    02:10

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.