IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–02422–PAB–KMT

DELMART E.J.M VREELAND, II,

    Plaintiff,

v.

THOMAS C. FISHER, MD,

    Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Second Motion for Enlargement of Time in Which to Submit Reply to Defendant's Response in Opposition to Plaintiff's Motion to Compel" (Doc. No. 295) is **GRANTED in part**. Plaintiff shall file his response no later than **November 6, 2015**.   The court will rule on the Motion to Compel (Doc. No. 263) on the papers, without a hearing.   As such, Plaintiff's "Motion for an Order Directing Assistant Colorado Attorney General Kristin A. Ruiz, to Appear for Testimony and to Produce Documents at the Hearing set for October 17, 2015 in this Matter" (Doc. No. 283) is **DENIED**.

Plaintiff's "Second Motion for Enlargement of Time in Which to Submit Response to Defendant's Motion for Summary Judgment" (Doc. No. 294) is **GRANTED in part**. Plaintiff's response to the Motion for Summary Judgment shall be filed no later than fourteen days after this court's ruling on the Motion to Compel (Doc. No. 263), unless otherwise ordered by the court in the order on the Motion to Compel.

Dated: October 23, 2015