**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02422-PAB-KMT

DELMART E.J.M. VREELAND, II,

    Plaintiff,

v.

THOMAS C. FISHER, M.D.,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order [Docket No. 359] of United States District Judge Philip A. Brimmer entered on March 29, 2016, it is

    **ORDERED** that defendant Thomas C. Fisher's Motion for Summary Judgment [Docket No. 254] is **GRANTED.**  It is further

    **ORDERED** that judgment is hereby entered in favor of defendant THOMAS C. FISHER and against plaintiff DELMART E.J.M. VREELAND, II.  It is further

    **ORDERED** that defendant is **AWARDED** his costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 13th day of April, 2016.

                    FOR THE COURT:
                    JEFFREY P. COLWELL, CLERK

          By:  s/  Robert R. Keech
                    Robert R. Keech
                    Deputy Clerk